# United States District Court

## SOUTHERN DISTRICT OF TEXAS

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 2 3 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
    Vs.

**CRIMINAL COMPLAINT**

CASE NUMBER: C-15-335M

Israel SILVA
511 W. Sylvia St.
Beeville, Texas
  &amp;
Isidro CASTILLO
1106 W. Powell St.
Beeville, Texas

  I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 22, 2015__, near __Freer, Texas__ in __Duval County__ in the Southern District of Texas defendant(s), __Israel SILVA__ and __Isidro CASTILLO__, both citizens of the United States, and others known and unknown, each aided, abetted, and assisting one another, did unlawfully transport illegal undocumented migrants, __Ruben MURILLO-Ruiz__, __Gabriel Giancardo ALDACO-Regalado__ and __five (5)__ others by means of a motor vehicle within the Southern District of Texas knowingly or in reckless disregard of the fact that said migrants had come to, entered, or were to remain in the United States in violation of law, and transported or moved said migrants within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title __8__ United States Code, Section(s) 1324 (a) (1) (A) (ii) and Title 18 U.S.C. Section 2.

I further state that I am a __U.S Border Patrol Agent__ and that this complaint is based on the following facts:  Based on statements of the accused, Material Witnesses, and records of the Bureau of Customs and Border Protection.

Continued on attached sheet and made a part hereof:   __X__   Yes     No

                Signature of Complainant
                Scott Ludwig
                U.S.B.P.   Freer, Texas

Sworn to before me and subscribed in my presence, and probable cause found on __March 23, 2015__ at __Corpus Christi, Texas__.

Bonnie Janice Ellington
United States Magistrate Judge
Name and Title of Judicial Officer       Signature of Judicial Officer

Affidavit

On March 22, 2015 at approximately 8:15 A.M., the Freer Police Department requested the assistance of the United States Border Patrol Station in Freer, Texas. Freer Police Department Dispatch advised that Police Officer James Andrazyczak (Badge #313), initiated a vehicle stop on a Gray Nissan Sentra (L.P. TXFKL2748) at the intersection of Highway 59 and Short St, in Freer Texas. Agents Bruce Garza and Abraham Gallegos responded to the call.

At approximately 8:27 agent Garza arrived at the location and made contact with Freer Police Officer Andrazyczak and observed two individuals, Israel SILVA (AR# 206 876 372) and Isidro CASTILLO (AR# 206 876 373), that were in custody near the Budget Inn Hotel in Freer, Texas. Upon arrival, Agent Garza read both subjects their Miranda Rights and took the subjects into custody.

Following a thorough search of the subjects (Silva/Castillo), Agents approached the vehicle and observed three subjects in trunk of the sedan and conducted an immigration inspection on the subjects to determine country of citizenship. At this point, it was determined that the subjects were in fact Mexican nationals and were illegally present in the United States. Subjects were read Miranda Rights and placed in custody.

Furthermore, Agents also witnessed two subjects in the rear of the vehicle, in the passenger seats. After a brief interview, both subjects indicated that they were also Mexican nationals and had no documentation to remain in the United States legally. The two subjects were also placed under arrest, Mirandized, and placed in a marked Border Patrol unit.

All subjects were subsequently transported to the United States Border Patrol Checkpoint (E43) located on Highway 59 located near Freer, Texas and processed for removal proceedings.

STATEMENTS

Principal:

The driver, identified as Israel Silva, stated that the he was completely aware of the immigration status of the individuals that he was transporting. Silva stated that he was transporting the subjects in order to obtain a monetary gain from a known smuggling organization operating in the Laredo, Texas and San Antonio, Texas area of responsibility. Silva stated that he was driving the passenger's vehicle, a gray in color Nissan sedan (Nissan Versa TXLP: FKL2748) in order to conduct his illegal activities due to the fact that he does not have a valid/current driver's license.

Co-Principal:

The passenger, identified as Isidro Castillo, stated that he had no involvement in the above referenced event and was unaware of the illicit activities pertaining to alien smuggling. Castillo claims that Silva asked to borrow his (Castillo's) vehicle in order to pick up his cousins that were residing in Bruni, Texas. Subject stated that upon arrival in Bruni, Texas he witnessed Silva direct his "cousins" to stack themselves in the trunk of the vehicle. At this point, subject realized that the supposed cousins were in fact illegal immigrants with no legal right to remain in the United States. When asked 'why he didn't say/do anything' to create distance from the event and/or incriminate Silva, Castillo stated that he didn't know what to do because he is currently on probation and was shocked at the events as they were transpiring. Subject stated that he was genuinely concerned about his well-being and safety once he realized the actions that Silva was committing.

Smuggled Alien:

Subject stated his true and correct name is Gabriel Giancardo Aldaco Regalado and was born on October 31, 1987 and is a citizen and national of Mexico. He then stated that after crossing the river near Laredo on March 21, 2015 he walked most of the night to an area to get picked up. He then got picked up and dropped off and told to walk to a house where he spent the night. Aldaca Regalado said that in the morning he was told to start walking until they arrived at a house to wait and get picked up. After a couple of hours a gray small four door vehicle arrived to pick him up. He said it was the same one that got stopped. Subject stated he was one of three in the trunk. He further stated that the driver Israel Silva was the one that told him to get in the trunk of the car. Aldaca Regalado said that the trunk of the car was small so he was not able to move freely. He identified the driver as the one wearing the red shirt and pointed to Israel Silva. When asked about his relationship with Silva he stated that he had no relationship but was supposed to take him to Austin. Subject said that his mother paid $1,800 dollars to an unknown man so he could be smuggled. He then said that once the officer pulled the car over the officer detained them. They were then read their rights, placed under arrest and transported to the Freer Border Patrol Checkpoint.

Smuggled Alien:

Subject stated his true and correct name is Ruben MURILLO-Ruiz and was born on May 2, 1972 in Mexico. Subject said he entered on March 21, 2015 at 9:00 A.M. by using a boat near Laredo, Texas. Subject stated that the principal (Israel SILVA) was driving a small gray four door vehicle in which he was riding. Subject stated that he was told by the guide to get into the trunk of the car along with two other subjects. Subject stated that it was a tight fit but was able to breathe. Subject stated that he can identify the driver of the vehicle in open court. Subject stated that he walked all night with no breaks until reaching a highway where the gray vehicle was waiting to pick them up. He said that he knew the vehicle was for them because the guide told them to get into the trunk. Subject stated that he knew they were illegally in the United States because the group came out of the brush with dirty and wet clothes. Subject stated that he was going to San Antonio, Texas and was going to pay $4500.00 upon his final destination in Fort Worth, Texas. Subject stated that he was planning to work in Fort Worth for

about two years and stay with family members. Subject stated that he has no fear of returning to Mexico and has nothing else to say at this time.

DISPOSITION

All subjects will be pending a hearing before Magistrate Court in Corpus Christi, Texas regarding the Transportation (8 USC 1324) of Illegal Aliens in the United States. Assistant United States Attorney Robert Thorpe approved prosecution of this case.

Scott Ludwig

U.S. Border Patrol Freer, Texas

Janice B. Ellington

United States Magistrate Judge